**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        Andrew J. Serrano v. The State of Texas

Appellate case number:    01-13-00975-CR

Trial court case number:  1842255

Trial court:                      County Criminal Court at Law No. 4

It is ordered that the opinion's "do not publish" notation be changed to "publish." *See* TEX. R. APP. P. 47.2(b). It is also ordered that Appellant's Motion for Rehearing is **denied**.

Judge's signature: _/s/ Rebeca Huddle_____
                              Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Huddle

Date: __March 12, 2015_____